**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**PATRICIA ANN KIRCHNER,**

    **Plaintiff,**

v.                                                                                 **No. 12-cv-0640 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

    **Defendant.**

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND**
**DIRECTING SERVICE OF PROCESS**

THIS MATTER comes before the Court on Plaintiff's Motion for Order Granting Application to Proceed In Forma Pauperis and Directing Service [Doc. 2] ("Motion"), filed on June 13, 2012. Along with her motion, Plaintiff submitted an Application to Proceed in District Court Without Prepayment of Fees (Long Form). Motion [Doc. 2-1]. She requests that she be permitted to proceed in accordance with 28 U.S.C. § 1915, to file her Complaint without paying the filing fee, and that the Court direct the United States Marshals Service to serve Defendant. Motion [Doc. 2]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Order Granting Application to Proceed In Forma Pauperis and Directing Service [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefore.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**