IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PATRICIA ANN KIRCHNER,

        Plaintiff,

v.                                                                   No. 12-cv-0640 SMV

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **October 24, 2012**;

(2) Defendant shall file a Response no later than **December 19, 2012**;

(3) Plaintiff may file a Reply no later than **January 16, 2013**;

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
United States Magistrate Judge
Presiding by Consent